ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email: Alan.Lazarus@dbr.com
Email: Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

FILED
MAY 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS E. SECORD, RAYMOND SEXTON, LINDA L. SHELTON, MADELINE SHERRILL, LEONARD M. SHULL, WANDA F. SPANGLER, KENNETH W. SPEARS, VENIDA SPENCE, VICTOR BRENT STEPHENS, LORETTA STURGILL, BOBBY TACKER, MARTHA TATE, PEGGY TAYLOR, LILLIAN THACKER, JANET THARPE, REBECCA J. THREEWIT, HUBERT TOLLETT, COY VADEN, WILLIS VANCE, KYLE WARREN, Plaintiffs, v. SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION, Defendants. | Case No.: **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13]** |

Pursuant to Civil L.R. 3-13, defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") submits the following Notice of Pendency of Other Action or Proceeding:

On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400647\1   NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING   CASE NO.

1  *Litigation*, directing that then-pending Avandia®-related cases be transferred and
2  coordinated for pretrial proceedings in the United States District Court for the Eastern
3  District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C.
4  §1407. To date, over 100 cases have been transferred to MDL 1871, and transfers of
5  additional "tag-along" actions are pending. GSK seeks the transfer of this action to MDL
6  1871. Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court
7  stay this action, pending a decision on transfer by the JPML, to achieve judicial
8  economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures)
9  and to avoid conflicts, conserve judicial resources, and promote an efficient
10 determination of the action.

11        Please take note that, in addition to MDL 1871, the following state court actions
12 also allege marketing, sales practice and/or product liability claims against SmithKline
13 Beecham Corporation dba GlaxoSmithKline, related to the use of the prescription drug
14 Avandia:

15        1.    *Albert, Henry Jr. v. SmithKline Beecham Corporation d/b/a*
16 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet
17 assigned;

18        2.    *Arendall, Michael v. SmithKline Beecham Corporation d/b/a*
19 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet
20 assigned;

21        3.    *Bane, June v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*,
22 Court of Common Pleas, Philadelphia County (Writ of Summons only);

23        4.    *Barnes, Sydney, Barnes, Sue Ellen v. SmithKline Beecham Corporation*
24 *d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons
25 only);

26        5.    *Burford, Karen v. SmithKline Beecham Corporation d/b/a*
27 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons
28 only);

6. *Bosak, Kenneth, Bosak, Patricia v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 000521;

7. *Bryant, Louis v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet assigned;

8. *Carrassquillo, Jose v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

9. *Cearley, Travis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003877;

10. *Fabyankovic, Janet v. SmithKline Beecham Corporation, McKesson Corporation and Does 1 through 15*, Superior Court for the State of California, San Francisco County, No. 08-471571;

11. *Fox, Deana v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

12. *Frensky, Richard v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

13. *Garcia, Yolanda v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 001967;

14. *Greer, Betty, individually and as Administrator of the Estate of Ernest Greer v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet assigned;

15. *Hall, Charles, Hall Susan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002712;

16. *Hall, Clarence v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Marion County Superior Court, Indiana, No. 49013 08 03 CT 013930;

17. *Kelley, Terry v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*,

Court of Common Pleas, Philadelphia County, No. 004390;

18.  *Kelly, Joseph v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Supreme Court of the State of New York, Erie County, No. 12007-11066;

19.  *Kennedy, Karen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County, No. 00391;

20.  *Killinger, Cheryl v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County (Writ of Summons only);

21.  *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC,* Court of Common Pleas, Philadelphia County, No. 004897;

22.  *Lackey, David v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al.,* St. Charles Parish District Court, Louisiana, No. 67, 642-D, Div. D;

23.  *Lipski, Henry v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County, No. 002966;

24.  *Long, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County (Writ of Summons only);

25.  *Massey, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County (Writ of Summons only);

26.  *Mauro, Betty v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County, No. 001141;

27.  *McClure, Benjamin, McClure, Susan v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County, No. 004431;

28.  *Mick, Renee v. GlaxoSmithKline PLC, Rite Aid Pharmacy, and Rite Aid of New York, Inc.,* Niagara County Supreme Court, New York, No. 132826;

29.  *Moon, Charles v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Court of Common Pleas, Philadelphia County (Writ of Summons

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

4

SF1\400647\1    NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING    CASE NO.

1  only);

2      30.    *Newcomb, Wilbert v. SmithKline Beecham Corporation d/b/a*

3  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet

4  assigned;

5      31.    *Parks, Josephine v. SmithKline Beecham Corporation, et al.*, Court of

6  Common Pleas, Philadelphia County, No. 001670;

7      32.    *Perrenot, Preston v. SmithKline Beecham Corporation d/b/a*

8  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002454;

9      33.    *Richmond, Fred v. SmithKline Beecham Corporation d/b/a*

10 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, Case No. not yet

11 assigned;

12     34.    *Scheffler, Frank v. SmithKline Beecham Corporation d/b/a*

13 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

14 only);

15     35.    *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court

16 of Common Pleas, Philadelphia County, No. 002457;

17     36.    *Tartack, Nancy, Tartack, Louis v. SmithKline Beecham Corporation,*

18 *GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court

19 of Common Pleas, Philadelphia County, No. 004010;

20     37.    *Thomas, Samuel, Thomas Ruth Ann v. SmithKline Beecham Corporation*

21 *d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002483;

22     38.    *Walker, Juliet v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*,

23 Court of Common Pleas, Philadelphia County, No. 001054;

24     39.    *Walls, Stephen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*,

25 Court of Common Pleas, Philadelphia County (Writ of Summons only);

26     40.    *White, Glenn v. SmithKline Beecham Corp., GlaxoSmithKline, and*

27 *SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas,

28 Philadelphia County, No. 003674;

41. *Williams, Adam v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Commonwealth of Kentucky, 11th Judicial Circuit, No. 08-CI-00089;

42. *Wright, Michelle v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

43. *Yeager, Elizabeth, et al. v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004055;

44. *Yogus, William, Yogus, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003669; and

45. *Yubeta, George v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 000466.

Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

_____
KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE