ORIGINAL

| | |
|---|---|
| 1  ALAN J. LAZARUS (State Bar No. 129767) | |
|     KRISTA L. COSNER (State Bar No. 213338) | |
| 2  DRINKER BIDDLE & REATH LLP | |
|     50 Fremont Street, 20th Floor | |
| 3  San Francisco, California 94105-2235 | **FILED** |
|     Telephone: (415) 591-7500 | |
| 4  Facsimile: (415) 591-7510 | MAY 2 7 2008 |
|     Email: Alan.Lazarus@dbr.com | |
| 5  Email: Krista.Cosner@dbr.com | RICHARD W. WIEKING |
| | CLERK, U.S. DISTRICT COURT |
| 6  Attorneys for Defendant | NORTHERN DISTRICT OF CALIFORNIA |
|     SMITHKLINE BEECHAM CORPORATION | |
| 7  d/b/a GLAXOSMITHKLINE | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS E. SECORD, RAYMOND SEXTON, LINDA L. SHELTON, MADELINE SHERRILL, LEONARD M. SHULL, WANDA F. SPANGLER, KENNETH W. SPEARS, VENIDA SPENCE, VICTOR BRENT STEPHENS, LORETTA STURGILL, BOBBY TACKER, MARTHA TATE, PEGGY TAYLOR, LILLIAN THACKER, JANET THARPE, REBECCA J. THREEWIT, HUBERT TOLLETT, COY VADEN, WILLIS VANCE, KYLE WARREN, | Case No. **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16]** |
| Plaintiffs, | |
| v. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400648\1     DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS     CASE NO.

1 proceeding:

2     Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a

3 GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the

4 ultimate parent corporation.

5

6

7 Dated: May 27, 2008                          DRINKER BIDDLE & REATH LLP

8

9                                              KRISTA L. COSNER

10                                              Attorneys for Defendant
SMITHKLINE BEECHAM
11                                              CORPORATION d/b/a
GLAXOSMITHKLINE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400648\1

2

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS      CASE NO.