**ORIGINAL**

**FILED**

MAY 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  ALAN J. LAZARUS (State Bar No. 129767)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   Email: Alan.Lazarus@dbr.com
5  Email: Krista.Cosner@dbr.com

6  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION
7  d/b/a GLAXOSMITHKLINE

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11  DORIS E. SECORD, RAYMOND            Case No.  CV 08   2665
    SEXTON, LINDA L. SHELTON,
12  MADELINE SHERRILL, LEONARD M.       **DEMAND FOR JURY TRIAL**
    SHULL, WANDA F. SPANGLER,
13  KENNETH W. SPEARS, VENIDA
    SPENCE, VICTOR BRENT STEPHENS,
14  LORETTA STURGILL, BOBBY
    TACKER, MARTHA TATE, PEGGY
15  TAYLOR, LILLIAN THACKER, JANET
    THARPE, REBECCA J. THREEWIT,
16  HUBERT TOLLETT, COY VADEN,
    WILLIS VANCE, KYLE WARREN,
17
                Plaintiffs,
18
         v.
19
    SMITHKLINE BEECHAM
20  CORPORATION d/b/a
    GLAXOSMITHKLINE and MCKESSON
21  CORPORATION,

22              Defendants.

1  Defendant SMITHKLINE BEECHAM CORPORATION d/b/a
2  GLAXOSMITHKLINE hereby demands trial by jury in this action.

Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

_____
KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400675\1

DEMAND FOR JURY TRIAL                     2                      CASE NO.