ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIS E. SECORD, RAYMOND SEXTON, LINDA L. SHELTON, MADELINE SHERRILL, LEONARD M. SHULL, WANDA F. SPANGLER, KENNETH W. SPEARS, VENIDA SPENCE, VICTOR BRENT STEPHENS, LORETTA STURGILL, BOBBY TACKER, MARTHA TATE, PEGGY TAYLOR, LILLIAN THACKER, JANET THARPE, REBECCA J. THREEWIT, HUBERT TOLLETT, COY VADEN, WILLIS VANCE, KYLE WARREN,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No.  C-08-02665 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson) (collectively "Defendants") may move, answer, or otherwise respond to Plaintiffs' Complaint shall be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline already fixed by the Court require court approval. Although the parties believe this stipulation will have no such effect, to the extent that it does, the parties request that this Court approve the proposed order below, allowing the time frame for Defendants to move, answer, or otherwise respond to Plaintiffs' Complaint to be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.).

IT IS SO STIPULATED:

Dated: June 13, 2008                               DRINKER BIDDLE & REATH LLP

                                                   */S/ Krista L. Cosner*
                                                   KRISTA L. COSNER

                                                   Attorneys for Defendants
                                                   SMITHKLINE BEECHAM
                                                   CORPORATION d/b/a
                                                   GLAXOSMITHKLINE and
                                                   McKESSON CORPORATION

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.

1  Dated: June 13, 2008

THE MILLER FIRM, LLLC

 */S/ David C. Andersen*
DAVID C. ANDERSEN (Bar No. 194095)
KRISTINA M. GIGSTAD

Attorney for Plaintiffs

Pursuant to stipulation, IT IS SO ORDERED:

Dated: June 16, 2008



United States District Court, Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401302\1

3

STIPULATION AND ORDER EXTENDING DFDTS' TIME TO RESPOND TO COMPLAINT           CASE NO. C-08-02665 PJH