UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:             [202] 502-2888<br>http://www.jpml.uscourts.gov |

July 7, 2008

**FILED**
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-2665 PJH

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re: MDL No. 1871-- IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-20)

Dear Mr. Kunz:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 18, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Dana L. Stewart_
Dana L. Stewart
Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Cynthia M. Rufe
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 18 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-20)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 164 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                      MDL No. 1871

### SCHEDULE CTO-20 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 08-268 | Sharron Edwards, et al. SmithKline Beecham Corp. |
| ALS 1 08-269 | Linda Jones, et al. v. SmithKline Beecham Corp. |
| ALS 1 08-270 | Carolyn Knight v. SmithKline Beecham Corp. |
| ALS 1 08-271 | William Hanekamp, et al. v. SmithKline Beecham Corp. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-3372 | Lynel Dixon v. SmithKline Beecham Corp. |
| CAC 2 08-3472 | Cassandra Woehr, etc. v. SmithKline Beecham Corp., et al. |
| CAC 2 08-3474 | Linda Baldwin v. SmithKline Beecham Corp., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-2659 | Harold Douglas Edwards, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2660 | James King, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2661 | Randy Nabers, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2662 | Mary Louise Abbott, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2664 | Kathryn Brown, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2665 | Doris E. Secord, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2666 | Allen Williams, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2667 | David Compton, et al. v. SmithKline Beecham Corp., et al. |
| CAN 4 08-2574 | Rosena Perkins, et al. v. SmithKline Beecham Corp., et al. |
| **KENTUCKY EASTERN** | |
| KYE 5 08-217 | Robert Yates, etc. v. SmithKline Beecham Corp. |
| **KENTUCKY WESTERN** | |
| KYW 3 08-279 | Adam Troy Williams v. SmithKline Beecham Corp. |
| **LOUISIANA EASTERN** | |
| LAE 2 08-3496 | Carolyn M. Gracia v. SmithKline Beecham Corp. |
| LAE 2 08-3515 | Donald Boman, Sr. v. SmithKline Beecham Corp. |
| LAE 2 08-3516 | Clarence Barra, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3517 | Richard Woodford, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3518 | Elbert Buckley, etc. v. SmithKline Beecham Corp. |
| LAE 2 08-3519 | Peggy Johnson, etc. v. SmithKline Beecham Corp. |
| LAE 2 08-3520 | Edward Fast, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3521 | George H. Gurtner v. SmithKline Beecham Corp. |
| LAE 2 08-3522 | Allen LeBlue, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3523 | Allen Fabre, Sr., et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3528 | Preston Honor, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3529 | Ronald Plaisance, et al. v. SmithKline Beecham Corp. |

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## INVOLVED COUNSEL LIST (CTO-20)

David C. Andersen
MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960

Vance R. Andrus
ANDRUS BOUDREAUX PLC
1775 Sherman Street
No. 3100
Denver, CO 80203

Kimberly K. Ballard
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352

Dawn M. Barrios
BARRIOS KINGSDORF & CASTEIX LLP
One Shell Square
701 Poydras Street
Suite 3650
New Orleans, LA 70139-3650

Allan Berger
ALLAN BERGER & ASSOCIATES PLC
4173 Canal Street
New Orleans, LA 70119-5972

Clayton L. Davis
LUNDY & DAVIS LLP
501 Broad Street
P.O. Box 3010
Lake Charles, LA 70602

Andrew G. Finkelstein
FINKELSTEIN & PARTNERS LLP
436 Robinson Avenue
Newburgh, NY 12550

Catherine T. Heacox
LANIER LAW FIRM PLLC
126 East 56th Street
6th Floor
New York, NY 10022

Henry L. Hipkens
BASS BERRY & SIMS PLC
AmSouth Center, Suite 2700
315 Deaderick Street
Nashville, TN 37238-3001

Robert K. Jenner
JANET JENNER & SUGGS LLC
1829 Reistertown Road
Suite 320
Baltimore, MD 21208

R. Jan Jennings
BRANSTETTER STRANCH
& JENNINGS PLLC
227 Second Avenue, North
4th Floor
Nashville, TN 37201-1631

Kenneth J. King
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018

Melanie G. Lagarde
ST MARTIN WILLIAMS & BOURQUE
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017

W. Mark Lanier
LANIER LAW FIRM PC
6810 FM 1960 West
Houston, TX 77069

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION  MDL No. 1871

## INVOLVED JUDGES LIST (CTO-20)

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Callie V.S. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Crthse.
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. William H. Steele
U.S. District Judge
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. Stephen G. Larson
U.S. District Judge
260 George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501-3801

Hon. George H. Wu
U.S. District Judge
128 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Edward M. Chen
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Wayne D. Brazil
U.S. Magistrate Judge
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Karl S. Forester
Senior U.S. District Judge
P.O. Box 2165
Lexington, KY 40588-2165

Hon. Thomas B. Russell
U.S. District Judge
121 Federal Building
501 Broadway Street
Paducah, KY 42001-6856

**MDL No. 1871 - Involved Judges List (CTO-20) (Continued)**

~~Hon. Richard J. Arcara~~
~~Chief Judge, U.S. District Court~~
~~609 U.S. Courthouse~~
~~68 Court Street~~
~~Buffalo, NY 14202~~

Hon. Robert L. Echols
Senior U.S. District Judge
824 Estes Kefauver Federal Bldg.
& U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Hon. Samuel R. Cummings
U.S. District Judge
C-210 George H. Mahon Federal Bldg.
& U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Samuel B. Kent
U.S. District Judge
8631 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Ewing Werlein, Jr.
Senior U.S. District Judge
11521 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                              MDL No. 1871

## INVOLVED CLERKS LIST (CTO-20)

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Leslie G. Whitmer, Clerk
P.O. Drawer 3074
Lexington, KY 40588-3074

Jeffrey A. Apperson, Clerk
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building
& U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Rodney C. Early, Clerk~~
~~304 U.S. Courthouse~~
~~68 Court Street~~
~~Buffalo, NY 14202-1368~~

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Karen S. Mitchell, Clerk
202 Federal Building
33 East Twohig Street
San Angelo, TX 76903

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010