MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797



FILED
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE:  ADVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION; MDL 1871

Dear Clerk:

Enclosed is a Certified copy of the conditional transfer order (CTO-20) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Tom Dempsey
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-10-08
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 3 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                               MDL No. 1871

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-20)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 164 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                **CASE CAPTION**

**ALABAMA SOUTHERN**
   ALS   1   08-268            Sharron Edwards, et al. SmithKline Beecham Corp.
   ALS   1   08-269            Linda Jones, et al. v. SmithKline Beecham Corp.
   ALS   1   08-270            Carolyn Knight v. SmithKline Beecham Corp.
   ALS   1   08-271            William Hanekamp, et al. v. SmithKline Beecham Corp.

**CALIFORNIA CENTRAL**
   CAC   2   08-3372           Lynel Dixon v. SmithKline Beecham Corp.
   CAC   2   08-3472           Cassandra Woehr, etc. v. SmithKline Beecham Corp., et al.
   CAC   2   08-3474           Linda Baldwin v. SmithKline Beecham Corp., et al.

**CALIFORNIA NORTHERN**
   CAN   3   08-2659           Harold Douglas Edwards, et al. v. SmithKline Beecham Corp., et al.
   CAN   3   08-2660           James King, et al. v. SmithKline Beecham Corp., et al.
   CAN   3   08-2661           Randy Nabers, et al. v. SmithKline Beecham Corp., et al.
   CAN   3   08-2662           Mary Louise Abbott, et al. v. SmithKline Beecham Corp., et al.
   CAN   3   08-2664           Kathryn Brown, et al. v. SmithKline Beecham Corp., et al.
   CAN   3   08-2665           Doris E. Secord, et al. v. SmithKline Beecham Corp., et al.
   CAN   3   08-2666           Allen Williams, et al. v. SmithKline Beecham Corp., et al.
   CAN   3   08-2667           David Compton, et al. v. SmithKline Beecham Corp., et al.
   CAN   4   08-2574           Rosena Perkins, et al. v. SmithKline Beecham Corp., et al.

**KENTUCKY EASTERN**
   KYE   5   08-217            Robert Yates, etc. v. SmithKline Beecham Corp.

**KENTUCKY WESTERN**
   KYW   3   08-279            Adam Troy Williams v. SmithKline Beecham Corp.

**LOUISIANA EASTERN**
   LAE   2   08-3496           Carolyn M. Gracia v. SmithKline Beecham Corp.
   LAE   2   08-3515           Donald Boman, Sr. v. SmithKline Beecham Corp.
   LAE   2   08-3516           Clarence Barra, et al. v. SmithKline Beecham Corp.
   LAE   2   08-3517           Richard Woodford, et al. v. SmithKline Beecham Corp.
   LAE   2   08-3518           Elbert Buckley, etc. v. SmithKline Beecham Corp.
   LAE   2   08-3519           Peggy Johnson, etc. v. SmithKline Beecham Corp.
   LAE   2   08-3520           Edward Fast, et al. v. SmithKline Beecham Corp.
   LAE   2   08-3521           George H. Gurtner v. SmithKline Beecham Corp.
   LAE   2   08-3522           Allen LeBlue, et al. v. SmithKline Beecham Corp.
   LAE   2   08-3523           Allen Fabre, Sr., et al. v. SmithKline Beecham Corp.
   LAE   2   08-3528           Preston Honor, et al. v. SmithKline Beecham Corp.
   LAE   2   08-3529           Ronald Plaisance, et al. v. SmithKline Beecham Corp.

**DIST. DIV. C.A. #**    **CASE CAPTION**

LOUISIANA MIDDLE
  LAM  3  08-309    Gerald Acosta v. SmithKline Beecham Corp.
  LAM  3  08-312    Robin Hasten, et al. v. SmithKline Beecham Corp.

LOUISIANA WESTERN
  LAW  2  08-709    Lawrence Brown, et al. v. SmithKline Beecham Corp.
  LAW  6  08-702    Clara Touchet, etc. v. SmithKline Beecham Corp.
  LAW  6  08-704    Vergie Jones, etc. v. SmithKline Beecham Corp.

MARYLAND
  MD  1  08-1313    Don Thomas v. SmithKline Beecham Corp.

MINNESOTA
  MN  0  08-1463    Jimmie Thomas, et al. v. SmithKline Beecham Corp.

NEW YORK WESTERN
  ~~NYW  1  08-386~~    ~~Renee Mick, etc. v. GlaxoSmithKline PLC, et al.~~   Opposed 7/3/08

TENNESSEE MIDDLE
  TNM  3  08-509    Regald Swauncy v. SmithKline Beecham Corp.

TEXAS NORTHERN
  TXN  6  08-22    Odis Sparks v. SmithKline Beecham Corp.

TEXAS SOUTHERN
  TXS  4  08-1559    Jackie Chalmers v. SmithKline Beccham Corp.
  TXS  4  08-1592    Jacqueline Alsobrook v. SmithKline Beecham Corp.
  TXS  4  08-1594    Angela C. Trent v. SmithKline Beecham Corp.
  TXS  4  08-1599    Billy Carroll Tetleton v. SmithKline Beecham Corp.
  TXS  4  08-1602    Jacqueline Taylor v. SmithKline Beecham Corp.
  TXS  4  08-1603    Gerald Gifford v. SmithKline Beecham Corp.
  TXS  4  08-1605    Ernest Marvin Littleton v. SmithKline Beecham Corp.
  TXS  4  08-1606    Tom Kirk v. SmithKline Beecham Corp.
  TXS  4  08-1608    John T. Kiddy v. SmithKline Beecham Corp.
  TXS  4  08-1609    Tonia Honeycutt v. SmithKline Beecham Corp.
  TXS  4  08-1610    Joyce R. Grant v. SmithKline Beecham Corp.
  TXS  4  08-1613    John C. Hacker v. SmithKline Beecham Corp.
  TXS  4  08-1614    Ralph S. DeArmond v. SmithKline Beecham Corp.
  TXS  4  08-1616    Michael W. Bishop v. SmithKline Beecham Corp.