**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 16, 2008

United States District Court
Eastern District of Pennsylvania
U.S. Court House
601 Market Street
Philadelphia, PA 19106-1797

RE: Our Case Number:  CV 08-02665 PJH  DORIS E. SECORD-v-SMITHKLINE BEECHAM
     In Re:  Advandia Marketing, Sales Practices and Products Liability Litigation, MDL 1871

Dear Clerk,

   Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒   Certified copy of docket entries.

   ☐   Copy of Transferral Order.

   ☐   Original case file documents.

   ☒   Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,
                    RICHARD W. WIEKING, Clerk

                    *Felicia Reloba*

                    by:  Felicia Reloba
                    Case Systems Administrator

Enclosures
Copies to counsel of record

MICHAEL E. KUNZ  
CLERK'S OFFICE  
CLERK OF COURT

ROOM 2609  
(267) 299-7018

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF PENNSYLVANIA  
U.S. COURT HOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1797



RE: ADVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION; MDL 1871

Dear Clerk:

Enclosed is a Certified copy of the conditional transfer order (CTO-20) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ  
Clerk of Court

By: /s/ Tom Dempsey  
Tom Dempsey, Deputy Clerk  
MDL Docketing Clerk

Enclosure

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-10-08
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 13 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                         MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-20)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 164 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

**ALABAMA SOUTHERN**
| | | | |
|---|---|---|---|
| ALS | 1 | 08-268 | Sharron Edwards, et al. SmithKline Beecham Corp. |
| ALS | 1 | 08-269 | Linda Jones, et al. v. SmithKline Beecham Corp. |
| ALS | 1 | 08-270 | Carolyn Knight v. SmithKline Beecham Corp. |
| ALS | 1 | 08-271 | William Hanekamp, et al. v. SmithKline Beecham Corp. |

**CALIFORNIA CENTRAL**
| | | | |
|---|---|---|---|
| CAC | 2 | 08-3372 | Lynel Dixon v. SmithKline Beecham Corp. |
| CAC | 2 | 08-3472 | Cassandra Woehr, etc. v. SmithKline Beecham Corp., et al. |
| CAC | 2 | 08-3474 | Linda Baldwin v. SmithKline Beecham Corp., et al. |

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 08-2659 | Harold Douglas Edwards, et al. v. SmithKline Beecham Corp., et al. |
| CAN | 3 | 08-2660 | James King, et al. v. SmithKline Beecham Corp., et al. |
| CAN | 3 | 08-2661 | Randy Nabers, et al. v. SmithKline Beecham Corp., et al. |
| CAN | 3 | 08-2662 | Mary Louise Abbott, et al. v. SmithKline Beecham Corp., et al. |
| CAN | 3 | 08-2664 | Kathryn Brown, et al. v. SmithKline Beecham Corp., et al. |
| CAN | 3 | 08-2665 | Doris E. Secord, et al. v. SmithKline Beecham Corp., et al. |
| CAN | 3 | 08-2666 | Allen Williams, et al. v. SmithKline Beecham Corp., et al. |
| CAN | 3 | 08-2667 | David Compton, et al. v. SmithKline Beecham Corp., et al. |
| CAN | 4 | 08-2574 | Rosena Perkins, et al. v. SmithKline Beecham Corp., et al. |

**KENTUCKY EASTERN**
| | | | |
|---|---|---|---|
| KYE | 5 | 08-217 | Robert Yates, etc. v. SmithKline Beecham Corp. |

**KENTUCKY WESTERN**
| | | | |
|---|---|---|---|
| KYW | 3 | 08-279 | Adam Troy Williams v. SmithKline Beecham Corp. |

**LOUISIANA EASTERN**
| | | | |
|---|---|---|---|
| LAE | 2 | 08-3496 | Carolyn M. Gracia v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3515 | Donald Boman, Sr. v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3516 | Clarence Barra, et al. v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3517 | Richard Woodford, et al. v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3518 | Elbert Buckley, etc. v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3519 | Peggy Johnson, etc. v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3520 | Edward Fast, et al. v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3521 | George H. Gurtner v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3522 | Allen LeBlue, et al. v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3523 | Allen Fabre, Sr., et al. v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3528 | Preston Honor, et al. v. SmithKline Beecham Corp. |
| LAE | 2 | 08-3529 | Ronald Plaisance, et al. v. SmithKline Beecham Corp. |

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **LOUISIANA MIDDLE** | |
| LAM 3 08-309 | Gerald Acosta v. SmithKline Beecham Corp. |
| LAM 3 08-312 | Robin Hasten, et al. v. SmithKline Beecham Corp. |
| **LOUISIANA WESTERN** | |
| LAW 2 08-709 | Lawrence Brown, et al. v. SmithKline Beecham Corp. |
| LAW 6 08-702 | Clara Touchet, etc. v. SmithKline Beecham Corp. |
| LAW 6 08-704 | Vergie Jones, etc. v. SmithKline Beecham Corp. |
| **MARYLAND** | |
| MD 1 08-1313 | Don Thomas v. SmithKline Beecham Corp. |
| **MINNESOTA** | |
| MN 0 08-1463 | Jimmie Thomas, et al. v. SmithKline Beecham Corp. |
| **NEW YORK WESTERN** | |
| ~~NYW 1 08-386~~ | ~~Renee Mick, etc. v. GlaxoSmithKline PLC, et al.~~   Opposed 7/3/08 |
| **TENNESSEE MIDDLE** | |
| TNM 3 08-509 | Regald Swauncy v. SmithKline Beecham Corp. |
| **TEXAS NORTHERN** | |
| TXN 6 08-22 | Odis Sparks v. SmithKline Beecham Corp. |
| **TEXAS SOUTHERN** | |
| TXS 4 08-1559 | Jackie Chalmers v. SmithKline Beccham Corp. |
| TXS 4 08-1592 | Jacqueline Alsobrook v. SmithKline Beecham Corp. |
| TXS 4 08-1594 | Angela C. Trent v. SmithKline Beecham Corp. |
| TXS 4 08-1599 | Billy Carroll Tetleton v. SmithKline Beecham Corp. |
| TXS 4 08-1602 | Jacqueline Taylor v. SmithKline Beecham Corp. |
| TXS 4 08-1603 | Gerald Gifford v. SmithKline Beecham Corp. |
| TXS 4 08-1605 | Ernest Marvin Littleton v. SmithKline Beecham Corp. |
| TXS 4 08-1606 | Tom Kirk v. SmithKline Beecham Corp. |
| TXS 4 08-1608 | John T. Kiddy v. SmithKline Beecham Corp. |
| TXS 4 08-1609 | Tonia Honeycutt v. SmithKline Beecham Corp. |
| TXS 4 08-1610 | Joyce R. Grant v. SmithKline Beecham Corp. |
| TXS 4 08-1613 | John C. Hacker v. SmithKline Beecham Corp. |
| TXS 4 08-1614 | Ralph S. DeArmond v. SmithKline Beecham Corp. |
| TXS 4 08-1616 | Michael W. Bishop v. SmithKline Beecham Corp. |

ADRMOP, CLOSED, E-Filing, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-02665-PJH
#### Internal Use Only

Secord et al v. Smithkline Beecham Corporation, et al.
Assigned to: Hon. Phyllis J. Hamilton
Case in other court: San Francisco County Superior Court, CGC 08-475570
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/27/2008
Date Terminated: 07/14/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Doris E. Secord**    represented by    **David Christian Andersen**
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672-4224
Fax: 540-672-3055
Email: dandersen@doctoratlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Sexton**    represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda L. Shelton**    represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Sherrill**    represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard M. Shull**    represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda F. Spangler**    represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth W. Spears**     represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Venida Spence**     represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Brent Stephens**     represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loretta Sturgill**     represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobby Tacker**     represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Tate**     represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Taylor**     represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lillian Thacker**     represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Tharpe**     represented by    **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca J. Threewit**     represented by    **David Christian Andersen**

                                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hubert Tollett**  represented by  **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Coy Vaden**  represented by  **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willis Vance**  represented by  **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Warren**  represented by  **David Christian Andersen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Smithkline Beecham Corporation**  represented by  **Alan Jay Lazarus**
*doing business as*
GlaxoSmithKline
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
415-591-7500
Fax: 415-591-7510
Email: alan.lazarus@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krista L. Cosner**
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
415-591-7500 x7594
Fax: 415-591-7510
Email: krista.cosner@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2008 | 1 | NOTICE OF REMOVAL /no process from San Francisco County Superior Court. Their case |

| | | |
|---|---|---|
| | | number is CGC 08-475570. (Filing fee $350 receipt number 34611019580). Filed bySmithKline Beecham Corporation. (ga, COURT STAFF) (Filed on 5/27/2008) (Entered: 06/02/2008) |
| 05/27/2008 | 2 | Declaration of Krista L. Cosner in Support of 1 Notice of Removal filed bySmithKline Beecham Corporation. (ga, COURT STAFF) (Filed on 5/27/2008) (ga, COURT STAFF). (Entered: 06/02/2008) |
| 05/27/2008 | 3 | NOTICE of Pendency by SmithKline Beecham Corporation (ga, COURT STAFF) (Filed on 5/27/2008) (Entered: 06/02/2008) |
| 05/27/2008 | 4 | Certificate of Interested Entities by SmithKline Beecham Corporation re 1 Notice of Removal (ga, COURT STAFF) (Filed on 5/27/2008) (Entered: 06/02/2008) |
| 05/27/2008 | 5 | DEMAND for Trial by Jury by SmithKline Beecham Corporation. (ga, COURT STAFF) (Filed on 5/27/2008) (Entered: 06/02/2008) |
| 05/27/2008 | 6 | Statement of Non-Opposition re 1 Notice of Removal filed bySmithKline Beecham Corporation. (ga, COURT STAFF) (Filed on 5/27/2008) (Entered: 06/02/2008) |
| 05/27/2008 | 7 | CERTIFICATE OF SERVICE by SmithKline Beecham Corporation re 3 Notice (Other), 5 Jury Demand, 4 Certificate of Interested Entities, 6 Disclosure Statement, 1 Notice of Removal, 2 Declaration in Support (ga, COURT STAFF) (Filed on 5/27/2008) (Entered: 06/02/2008) |
| 05/27/2008 | 8 | ADR SCHEDULING ORDER: Case Management Statement due by 8/28/2008. Case Management Conference set for 9/4/2008 10:00 AM.. Signed by Judge Maria-Elena James on 5/27/08. (Attachments: # 1 Judge Standing Order, # 2 Court Standing Order, # 3 Consent/Decline Form)(ga, COURT STAFF) (Filed on 5/27/2008) (Entered: 06/03/2008) |
| 05/27/2008 | | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 5/27/2008) (Entered: 06/03/2008) |
| 06/06/2008 | 9 | Declination to Proceed Before a U.S. Magistrate Judge by SmithKline Beecham Corporation. (Cosner, Krista) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/11/2008 | 10 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bjt, COURT STAFF) (Filed on 6/11/2008) (Entered: 06/11/2008) |
| 06/12/2008 | 11 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Magistrate Judge Maria-Elena James no longer assigned to the case. Signed by Executive Committee on 6/12/08. (ha, COURT STAFF) (Filed on 6/12/2008) (Entered: 06/12/2008) |
| 06/12/2008 | | (Court only) ***Deadlines terminated. (far, COURT STAFF) (Filed on 6/12/2008) (Entered: 06/12/2008) |
| 06/13/2008 | 12 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Phyllis J. Hamiton on 6/13/08. (nah, COURT STAFF) (Filed on 6/13/2008) (Entered: 06/13/2008) |
| 06/13/2008 | | Set Deadlines/Hearings: Case Management Statement due by 8/28/2008. Initial Case Management Conference set for 9/4/2008 02:30 PM. (nah, COURT STAFF) (Filed on 6/13/2008) (Entered: 06/13/2008) |
| 06/13/2008 | 13 | STIPULATION *and [Proposed] Order Extending Defendants' Time to Respond to Complaint* by Smithkline Beecham Corporation. (Cosner, Krista) (Filed on 6/13/2008) (Entered: 06/13/2008) |
| 06/16/2008 | 14 | STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT re 13 Stipulation filed by Smithkline Beecham Corporation. Signed by Judge Phyllis J. Hamilton on 6/16/08. (nah, COURT STAFF) (Filed on 6/16/2008) (Entered: 06/16/2008) |
| 07/10/2008 | 15 | CONDITIONAL TRANSFER ORDER (CTO-20) re MDL 1871 (copy). (far, COURT |

|            |    |                                                                                                                                                                                                                                                                                                                                 |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | STAFF) (Filed on 7/10/2008) (Entered: 07/15/2008)                                                                                                                                                                                                                                                                               |
| 07/14/2008 | 16 | CONDITIONAL TRANSFER ORDER (CTO-20) TRANSFERRING CASE to the Eastern District of Pennsylvania. In Re: Avandia Marketing, Sales Practices and Products Liability Litigation (MDL No. 1871) Signed for the Panel: Jeffery N. Luthi, Clerk of the Panel. (Attachments: # 1 MDL Order)(far, COURT STAFF) (Filed on 7/14/2008) (Entered: 07/16/2008) |
| 07/16/2008 | 17 | CLERK'S LETTER to USDC, Eastern District of Pennsylvania re transfer of case. (far, COURT STAFF) (Filed on 7/16/2008) (Entered: 07/16/2008)                                                                                                                                                                                     |