**RECEIVED**

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

AUG 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 16, 2008

United States District Court
Eastern District of Pennsylvania
U.S. Court House
601 Market Street
Philadelphia, PA 19106-1797

RE: Our Case Number:  CV 08-02665 PJH  DORIS E. SECORD-v-SMITHKLINE BEECHAM
    In Re:  Advandia Marketing, Sales Practices and Products Liability Litigation, MDL 1871

Dear Clerk,

08-3540
7-28-08

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☐ Copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record